JOHN H. CASSIDY, JR., EXECUTOR (ESTATE OF JOHN H. CASSIDY) *v.* BOARD OF TAX REVIEW OF THE CITY OF WATERBURY

The parties have stipulated that the case be remanded to the Court of Common Pleas in the judicial district of Waterbury for further proceedings according to law. Accordingly, it is so ordered.

*J. Warren Upson,* for the appellant (plaintiff).

*Harry F. Spellman,* corporation counsel, for the appellee (defendant).

Argued December 3—decided December 17, 1963

STATE OF CONNECTICUT *v.* MAX FENSTER

It appearing that the state has failed to defend with proper diligence against the appeal of the defendant from the judgment of the Appellate Division of the Circuit Court so far as it affirmed the judgment of the Circuit Court in the tenth circuit finding the defendant guilty under the second count of the information, it is ordered that the judgments of the trial court and the Appellate Division under the second count are set aside and the case is remanded with direction to render judgment dismissing the second count of the information.

*Harold B. Dean,* assistant prosecuting attorney, for the appellee (state).

*C. Robert Satti,* for the appellant (defendant).